IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  CASE NO.: 3:19CR265 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  JUDGE JAMES G. CARR |
| | ) |
| DEAN LAMONT SWAIN, JR. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court

endorsed hereon the Acting United States Attorney for the Northern District of Ohio hereby

dismisses, without prejudice, the Indictment against Dean Lamont Swain, Jr., defendant.

Bridget M. Brennan
Acting United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

s/James G. Carr
James G. Carr
United States District Judge

Date: 3/4/2021